UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Legacy Mortgage Asset Trust 2018-RPL4

Case No: 21-18001 JNP

Chapter: 7

Judge: Jerrold N. Poslusny Jr.

In Re:
Brenda K. Evangelista
Arthur Evangelista aka Arthur K Evangelista, Sr.

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Legacy Mortgage Asset Trust 2018-RPL4.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 10/19/2021

/s/ *Denise Carlon*
Denise Carlon
19 Oct 2021, 12:14:09, EDT
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 99d1d7aa42f1bc6cdbdc230421687a190645a362fde46d4d0cea1600805d5d2b