UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 21-18001 |
| Arthur and Brenda Evangelista | Chapter: 7 |
| | Judge: Hon. JNP, Jr. |

### NOTICE OF PROPOSED ABANDONMENT

Maureen P. Steady, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court
District of New Jersey
P.O. Box 2067
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on 12/28/2021 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
309 Francis Avenue
Chesilhurst, NJ 08089

$160,000.00

Liens on property:
$99,181.71 - first mortgage
$25,838.70 - second mortgage

Amount of equity claimed as exempt:
$34,979.59

Objections must be served on, and requests for additional information directed to:

Name: Maureen P. Steady, Chapter 7 Trustee
Address: 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033
Telephone No.: 856-428-1060

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-18001-JNP

Arthur Evangelista     Chapter 7

Brenda K Evangelista

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Nov 29, 2021     Form ID: pdf905     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arthur Evangelista, Brenda K Evangelista, 309 Francics Avenue, Chesilhurst, NJ 08089-1051 |
| 519329964 | | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 519334900 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519329969 | | LightStream, a Div of SunTrust Bank, PO Box 117320, Atlanta, GA 30368-7320 |
| 519329970 | + | Midland States Bank/Green Sky, 1797 N. East Expy NE, Brookhaven, GA 30329-7803 |
| 519329971 | | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 519329972 | | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 519329973 | + | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519329974 | | Shellpoint Mortgage Servicing, PO Box 51850, Livonia, MI 48151-5850 |
| 519329975 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519329978 | + | Synovus Bank/Green Sky, 1797 N. East Expy NE, Brookhaven, GA 30329-7803 |
| 519329979 | + | US Bank/Elan Finl Svcs, PO Box 108, Saint Louis, MO 63166-0108 |
| 519329980 | | Virtua Health - West Jersey, Attn: Apex Asset Mgt., LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519329965 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 29 2021 20:59:44 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519329966 | | Email/Text: bbagley@enerbankusa.com | Nov 29 2021 20:50:00 | EnerBank USA, PO Box 26856, Salt Lake City, UT 84126-0856 |
| 519329967 | | Email/Text: bankruptcy.notices@hdfsi.com | Nov 29 2021 20:50:00 | Harley Davidson Credit Corp., PO Box 22048, Carson City, NV 89721-2048 |
| 519329968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2021 20:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519329976 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2021 20:59:51 | SyncB/PaypalExtrasMC, PO Box 965005, Orlando, FL 32896-5005 |
| 519330747 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2021 20:59:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519329977 | | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2021 20:59:58 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 9

Case 21-18001-JNP    Doc 12    Filed 12/01/21    Entered 12/02/21 00:18:36    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: pdf905 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2018-RPL4 dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Maureen P. Steady | trustee@kurtzmansteady.com<br>mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Brenda K Evangelista rshoffman@hoffmandimuzio.com<br>lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Arthur Evangelista rshoffman@hoffmandimuzio.com<br>lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5