Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21–18001–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Arthur Evangelista                                    Brenda K Evangelista
   aka Arthur K Evangelista Sr.                309 Franicis Avenue
   309 Franicis Avenue                         Chesilhurst, NJ 08089
   Chesilhurst, NJ 08089

Social Security No.:
   xxx–xx–9107                                         xxx–xx–4016

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I <u>Kenyatta A. Johnson</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

re: 309 Franicis Avenue Chesilhurst, NJ 08089

Dated: December 22, 2021
JAN: kaj

                                                                                                             Jeanne Naughton
                                                                                                             Clerk