Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                      Case No.:  21−18001−JNP
                                      Chapter:  7
                                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Arthur Evangelista                                         Brenda K Evangelista
   aka Arthur K Evangelista Sr.                       309 Francis Avenue
   309 Franicis Avenue                                   Chesilhurst, NJ 08089
   Chesilhurst, NJ 08089

Social Security No.:
   xxx−xx−9107                                                 xxx−xx−4016

Employer's Tax I.D. No.:

---

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Maureen P. Steady is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 14, 2022</u>                     <u>Jerrold N. Poslusny Jr.</u>
                                                Judge, United States Bankruptcy Court