| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Arthur Evangelista<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9107<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brenda K Evangelista<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4016<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–18001–JNP | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Arthur Evangelista                                    Brenda K Evangelista
aka Arthur K Evangelista Sr.


<u>1/14/22</u>                                         **By the court:**   <u>Jerrold N. Poslusny Jr.</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-18001-JNP |
| Arthur Evangelista | Chapter 7 |
| Brenda K Evangelista | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 14, 2022 | Form ID: 318 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Arthur Evangelista, Brenda K Evangelista, 309 Francis Avenue, Chesilhurst, NJ 08089-1051 |
| cr | + | Nissan Motor Acceptance Corporation, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 519334900 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519329969 | | LightStream, a Div of SunTrust Bank, PO Box 117320, Atlanta, GA 30368-7320 |
| 519329970 | + | Midland States Bank/Green Sky, 1797 N. East Expy NE, Brookhaven, GA 30329-7803 |
| 519329971 | | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 519329972 | | OneMain Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 519329973 | + | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519329974 | | Shellpoint Mortgage Servicing, PO Box 51850, Livonia, MI 48151-5850 |
| 519329975 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 519329978 | + | Synovus Bank/Green Sky, 1797 N. East Expy NE, Brookhaven, GA 30329-7803 |
| 519329979 | + | US Bank/Elan Finl Svcs, PO Box 108, Saint Louis, MO 63166-0108 |
| 519329980 | | Virtua Health - West Jersey, Attn: Apex Asset Mgt., LLC, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 14 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 14 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519329964 | | EDI: CAPITALONE.COM | Jan 15 2022 01:33:00 | Capital One, PO Box 4069, Carol Stream, IL 60197-4069 |
| 519329965 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2022 20:42:41 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519329966 | | Email/Text: bbagley@enerbankusa.com | Jan 14 2022 20:37:00 | EnerBank USA, PO Box 26856, Salt Lake City, UT 84126-0856 |
| 519329967 | | Email/Text: bankruptcy.notices@hdfsi.com | Jan 14 2022 20:38:00 | Harley Davidson Credit Corp., PO Box 22048, Carson City, NV 89721-2048 |
| 519329968 | | EDI: IRS.COM | Jan 15 2022 01:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519329976 | + | EDI: RMSC.COM | Jan 15 2022 01:33:00 | SyncB/PaypalExtrasMC, PO Box 965005, Orlando, FL 32896-5005 |
| 519330747 | + | EDI: RMSC.COM | Jan 15 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519329977 | | EDI: RMSC.COM | Jan 15 2022 01:33:00 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 14, 2022 | Form ID: 318 | Total Noticed: 23 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2022            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2018-RPL4 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Maureen P. Steady | trustee@kurtzmansteady.com mps@trustesolutions.net,J121@ecfcbis.com,telaak@kurtzmansteady.com,steady@premierremote.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Brenda K Evangelista rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Arthur Evangelista rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5